ORIGINAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Scan only

## CIVIL MINUTES - GENERAL

Case No.  CV-04-8777-RJK                               Date  3-28-06

Title  Breakdown Services -v- Mikko T. Filppula, et al

Present: The Honorable  **ROBERT J. KELLEHER**

| Debra L. O'Neill | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

N/A                                                                N/A

**Proceedings:**        IN CHAMBERS

As the parties have filed a notice of settlement, document number 25, the Court deems Plaintiff's motion for sanctions, document number 16, MOOT.

Initials of Preparer



DOCKETED ON CM
MAR 29 2006
BY _____ 010